**UNITED STATES**

v.

**Specialist Four Gary E. MASLINSKI, 262–15–0779, US Army, 104th Transportation Company, Fort Devens, Massachusetts.**

**SPCM 11471.**

U. S. Army Court of Military Review.

Sentence Adjudged 22 April 1975.

Decided 29 Sept. 1975.

Appearances: Appellate counsel for the Accused: CPT Jay Sacks Cohen, JAGC; CPT Robert D. Jones, JAGC; LTC James Kucera, JAGC. Appellate counsel for the United States: Appearance waived.

OPINION OF THE COURT

PER CURIAM:

Appellant's detailed trial defense counsel was separated from the service prior to completion of the post-trial review. No other counsel was detailed to perform the functions directed by *United States v. Goode*, 23 U.S.C.M.A. 367, 50 C.M.R. 1, 1 M.J. 3 (1975).

This was error. As we find a fair risk of prejudice, we will return the record to a convening authority for the designation of counsel for the appellant and compliance with the requirements of *Goode, supra.*

Accordingly, the action of the convening authority, dated 17 July 1975, is hereby set aside. The record of trial is returned to The Judge Advocate General for a new review, as appropriate, and action by the same or a different staff judge advocate and convening authority.

CLAUSE, DONAHUE and COSTELLO, Appellate Military Judges, concur.